UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――X

Daniel J. Farmer, Pro Se.
        Plaintiff,

    -against-
John Doe,

Tino Hernandez,

Maria Brownman,

Walter Coughlin,

Tenants Association,

Michael E. McMahon,

Diane Savino,

Lois Shapiro,

Rodney Armanie,

Carl Marretta,

Bill Doe,

Jane Doe,

Jerry Routhfield,

Louis Doe.
       et al,
        Defendants.
―――――――――――――――――――X

COMPLAINT
No.

Jury Trial Demanded


ORIGINAL FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 24 2008 ★
BROOKLYN OFFICE


RECEIVED
JUL 24 2008
PRO SE OFFICE

Plaintiff, Daniel J. Farmer, Resides at 135 Cassidy Place Apt. 4. H.

Defendants, Maria Brownman, works at 125 Cassidy Place weekdays from nine A.M. till Five P.M..

Tino Hernandez, is the Chairman of The New York City Housing Authority. His office is at 250 Broadway, 9th. floor and his zip code is 10007.

Michael E, McMahon, New York City Councilman, works at 130 Stuyvesant Place, sixth . floor Staten Island, New York, 10301.

Diana Savino, State Senator , works at 36, Richmond Terrace Suite 112, Staten Island, New York, 10301.

(1.)

John Doe, is director of community center at 125 Cassidy Place.

Lois Shapiro, Manager, New York City Housing Authority, works at 121 Jersey Street, Staten Island, New York 10301.

Rodney Armanie, Borough Administrator, New York City Housing Authority, Works at 140, Richmond Terrace, Staten Island, New York, 10301.

Walter Coughlin, President of The Tenants Association, Resides at 135, Cassidy Place, Apt. 3.J. Staten Island, New York, 10301.

Clare Lamantia, Lives at 145 Cassidy Place, Apt. 5.T. Staten Island, New York, 10301.

Carl Marretta, Resides at 189, Fillmore Street, Staten Island, New York, 10301.

Bill Doe, Hangs out in The Cassidy Lafayette Community Center all day long at 125 Cassidy Place Staten Island, New York 10301.

Jane Doe, Hangs out in The Cassidy Lafayette Community Center all day and can be found at 125 Cassidy Place at that adress on Staten Island, New York at the above address.

Jerry Routhfield, Resides at 145, Cassidy Place Apt. 5.Q. Staten Island New York 10301.

Louis Doe, Lives at 145, Cassidy Place on the first floor, I do not have his apartment number but can point him out to any Marshal.

11. The Jurisdiction of the Court is invoked pursuant to **28 U.S.C.A.** (a) Paragraph (3.). All of the above were acting under color of law.

(2.)

On Sept. 21 st. 2007 MS. Maria Brownman said, that I would have to participate in the activites of the Cassidy Lafayette Community Center in order to participate in the New York State Fan Program. a program sponsored by and paid for by The United States Department of Agriculture.I had previously told MS. Brownman that it was unconst--itutional for anyone to have to sing for their supper.

Councilman, Michael E. McMahon and State Senator, Diane Savino,Whom I had apprised of MS. Brownmans refusal to allow me to participate in the New York State Fan Program were to appear at the Cassidy Lafayette Community Center on the following Monday , Sept.24th. 2007.

A Mr. Walter Coughlin, who wears many hats ,emceed that meeting for Councilman, Mcmahon and Senator Savino, he is also, according to him The C.E.O. of the Dakota Alcohol treatment program, something or other, that I believe is sponsored by Councilman McMahon and should be found on the same street as Mr. McMahons Office. Mr. Coughlin is also , now The President of  the Tenants Association that we must pay four dollars a year to be in. No four dollars, No Vote, and is therefor unconstitutional.

It is my belief that MR. Coughlins Angenda was to keep me from mentioning the Fan Program at the request of Mr. McMahon, MS.Savino and Maria Brownman and they continued the tired repetitious  safety drone.So I yelled, If you want safety buy sixteen locks  for our doors, four hundred keys, take the keys off the people who do not live here. who hang out in the Community Center and walk  in and

(3)

out of any of the six buildings day and night. charge these people with possession of burglar tools . All present made like they did not hear that.

I continued by physically pointing out two Fire Doors, one on each side of the Community Center,that are locked from five P.M.till eight A.M. on weekdays and twenty four hours a day on weekends, effectively endangering one hundred and sixty apartment dwellers. I also said that if someone dies, in a fire because of those doors I expect all responable people who were present at that September 24th.2007, meeting should be charged with a depraved indifference to human life. Mr. Rodney Armanie, the Borough Administrator acted as if he did not hear what I had said, as did Mr. McMahon,Ms.Savino, MS. Shapiro,Mr. Coughlin and MS. Brownman.

Although it is not up to scale, a hand drawn blueprint of 115-125- and 135 Cassidy Place is is attached and marked Exhibit (A).The fact that the floors are made of wood and the walls are nailed to Two by Fours,did not inpress any of the above,even as they all know that the Fire Department is here at least twice a month and probably more than that. MS. Brownmans comment later that day was "you cant blame me . Im here in the daytime". I, walk through the Community Center to get the News Papers. The new Manager who would not give me his name, Assaulted me with a clip board about the knees and knuckles, two days in a row, by accident, to show his resentment that I walk through doors that should be opened    all of the time. A women named Clare Lamantia, who holds various positions in the tenants association, whos boyfriend, one Jerry Routhfield or Jerry

( 4.)



District Attorney

To: Daniel Donovan
130 Stuyvesant Pl.
Staten Island, N.Y.
10301

Dated: April, 16, 2008

Sir:

Attached you will find a letter to answer MS. Lois Shapiro,s Threat of 4/10/08.

MS. Shapiro knows that I am about to institute a legal action against verious people here and her actions seem to mean, back off. She nead not fear, her closest friends will get a chance to testify for her.

If you feel that I should be charged with any crime or infraction please notify me as to which court I should attend.

A Summons will be proumptly, answered if you contact the address below.

Respectfully: *Daniel J. Farmer*

Daniel J. Farmer
135 Cassidy Place, (4.H.)
Staten Island, N.Y.
10301

EXHIBIT (B.)

TO: MS. Lois Shapiro
121 Jersey Street
Staten Island, N.Y.
10301

April, 16, 08

Madam :

On 4/10/08, You said that one of the intercom workers told you that I had threat.ened him in my own apartment with a sceewdriver?

MS.Shapiro, Under the Freedom Of Information Act.

> I would like to know the Name and Mailing Address of this Man.
> I would also like the name of the Interpreter and his Mailing Address. Everyone here spoke spanish, so unless you are fluent in spanish----it would seem.
> I would also like to know the name of the young man that seemed to be your built in witness.
>
> I would like a copy of all paper work involving the above, District Attorney , 120 Th. Stationhouse, whatever.

MS. Shapiro, Please, only,communicate with me by mail.

I consider the above a threat to deter or scare off, my known legal intent .

I intend to ask the Courts opinion as soon as I can.

Respectfully: *Daniel J. Farmer*
Daniel J. Farmer
135 Cassidy Pl(4.H.)
Staten Island, N.Y.
10303

EXHIBIT (C.)

AFFIDAVIT OF SERVICE BY MAIL

I, Daniel J. Farmer, Declare under the penalties of perjury that I have mailed, in a Postpaid sealed envelope from a dropbox at the St. George Postoffice, on the __16 TH__ day of April, 2008, to the following concerned parties.

| | |
|---|---|
| MS. Lois Shapiro<br>121 Jersey Street<br>Staten Island, N.Y.<br>10301 | District Attorney<br>Daniel Donovan<br>130 Stuyvesant Place<br>Staten Island, N.Y.<br>10301 |

Respectfully: *Daniel J. Farmer*

Dated: April 16, 2008

Daniel J. Farmer
135 Cassidy Place (4. H.)
Staten Island, N.Y.
10301

EXHIBIT (D.)